# IN THE SUPREME COURT OF THE STATE OF NEVADA

LIZA SIMS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF EDNA GLEASON,

Appellants,

vs.

FARMERS GROUP, INC., D/B/A FARMERS INSURANCE EXCHANGE, D/B/A FARMERS EXCHANGES, A DELAWARE CORPORATION; GORDON REES SCULLY MANSUKHANI LLP, A LAW PARTNERSHIP; STEVEN INOUYE, AN INDIVIDUAL; AND ROBERT E. SCHUMACHER, AN INDIVIDUAL,

Respondents.

No. 85183

FILED

NOV 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order awarding attorney fees after the partial grant of a special motion to dismiss. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

This court's preliminary review indicated that the notice of appeal appears to be premature under NRAP 4(a) because the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). This court has jurisdiction over a final judgment. NRAP 3A(b)(1), NRAP 4(a)(6). A final judgment is one that finally resolves all claims and issues against all parties to an action and leaves nothing to the district court's consideration except postjudgment issues. *Lee*, 116 Nev. at 426, 996

22-34647

P.2d at 417. There can be only one final judgment in a case. *Alper v. Posin*, 77 Nev. 328, 363 P.2d 502 (1961), *overruled on other grounds by Lee*, 116 Nev. at 426, 996 P.2d at 417. And without a final judgment, orders regarding attorney fees are likewise not ripe for appeal. Accordingly, this court entered an order directing appellant to demonstrate why the appeal should not be dismissed for lack of jurisdiction.

Appellant has responded and concedes that no order has finally resolved all claims by and between all parties. Specifically, appellant does not dispute that the claims for bad faith and breach of the insurance contract remain pending, and does not explain the status of the claims against Steven Inyoue and Robert E. Schumacher.

This court lacks jurisdiction, and therefore,

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Nathan Tod Young, District Judge
David Wasick, Settlement Judge
Jane Luciano
Law Offices of William D. McCann
Gordon Rees Scully Mansukhani LLP/Las Vegas
Douglas County Clerk